1

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                            **WESTERN DIVISION**

11

12   NAFIS RASHADEEM,                  )     No. CV 09-7438 CW
                                       )
13                  Plaintiff,         )     JUDGMENT
                                       )
14         v.                          )
                                       )
15   MICHAEL J. ASTRUE,                )
     Commissioner, Social             )
16   Security Administration,          )
                                       )
17                  Defendant.         )
     _____)
18

19

20       **IT IS ADJUDGED** that the decision of the Commissioner is reversed,

21   and this action is remanded to defendant for payment of benefits for

22   the period of August 23, 2003, to January 1, 2007.

23   DATED: November 16, 2010

24                                     _____

25                                         CARLA M. WOEHRLE
                                       United States Magistrate Judge
26

27

28