Irene Ruzin, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, NAFIS RASHADEEM

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NAFIS RASHADEEM, | ) Case No.: CV 09-7438 CW |
| Plaintiff, | ) |
| vs. | ) <u>ORDER</u> |
| | ) <u>AWARDING EAJA FEES</u> |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendants. | ) CARLA WOEHRLE |
| | ) UNITED STATES DISTRICT |
| | ) COURT JUDGE |
| | ) |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's under the Equal Access to Justice Act ("EAJA")

are awarded  in the amount of  FOUR THOUSAND SEVEN HUNDRED

DOLLARS ($4,700.00) as authorized by 28 U.S.C. § 2412(d), and subject to the

terms and conditions of the Stipulation.

DATED: January 31, 2011

                                                      _____/S/_____
                                                      CARLA WOEHRLE
                                                      U.S. DISTRICT COURT